**No. 61547.**—Compass Instrument & Optical Co., Inc. *v.* United States, protest 305967–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61548.**—D. Hauser, Inc., and Everbest Jewelry Corp. *v.* United States, protests 306967–K and 308070–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

FEBRUARY 3, 1958

**No. 61549.**—SUIT 4910.—C. J. Tower & Sons *v.* United States.—C. D. 1826 reversed December 13, 1957.   C. A. D. 670.